Carolina T. Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 North Broad Street, 2nd Floor
Ridgewood, NJ 07450
Telephone: (201) 379-4040
Fax: (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Yonathan D. RUIZ VANEGAS,

Petitioner,

v.

Luis SOTO, Warden, Delaney Hall
Detention Center; Ruben PEREZ, Acting
Field Office Director, Newark ICE Field
Office; David VENTURELLA, Acting
Director, U.S. Immigration and Customs
Enforcement; Markwayne MULLIN, in
his Official Capacity, Secretary, U.S.
Department of Homeland Security
(hereinafter "DHS");
TODD BLANCHE is the Acting Attorney
General of the United States of America

Respondents.

Case No.: 3:26-cv-05925

**PETITION FOR WRIT OF HABEAS CORPUS**

**VOUNTARY DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

1

PLEASE TAKE NOTICE that Petitioner Yonathan D. Ruiz Vanegas (A-Number 240-345-324), by and through undersigned counsel, hereby voluntarily dismisses the above-captioned petition for a writ of habeas corpus, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which applies to this proceeding under 28 U.S.C. § 2241 through Rule 12 of the Rules Governing Section 2254 Cases in the United States District Courts, made applicable by Rule 1(b) of those Rules. In support of this Notice, Petitioner states as follows:

1.    Petitioner filed the instant petition on May 24, 2026, contending that he was unlawfully detained under 8 U.S.C. § 1225 and was entitled to an individualized bond hearing, or release, under 8 U.S.C. § 1226(a). (ECF No. 1.)

2.    On July 8, 2026, this Court entered a Text Order (ECF No. [3]) directing Respondents to provide Petitioner, within seven days, with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(c)(8), (d)(1), and directing Respondents to file written notice of the outcome of that hearing within three days thereof.

3.    Petitioner has now obtained the full relief sought in the petition. On June 29, 2026, Immigration Judge Joshua Quidley of the Elizabeth Immigration Court conducted an individualized custody redetermination pursuant to 8 C.F.R. § 1236 and ordered Petitioner released from custody upon the posting of a $4,000.00 bond. Both the Department of Homeland Security and Petitioner waived appeal of that decision, rendering the custody order final. A true and correct copy of the Immigration Judge's Order of June

29, 2026 is attached hereto as **Exhibit A**. In the interest of candor, counsel notes that the custody redetermination hearing took place on June 29, 2026, prior to the entry of this Court's Text Order of July 8, 2026.

4.    Petitioner posted the bond and was released from custody. He is no longer detained.

5.    Because Petitioner has received an individualized bond hearing and has been released from custody, the petition no longer presents a live case or controversy and the relief it sought has been fully provided.

6.    Respondents have not served an answer or a motion for summary judgment. Accordingly, this dismissal is effective upon the filing of this Notice, without order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). Pursuant to Rule 41(a)(1)(B), the dismissal is without prejudice.

7.    In light of this dismissal, the stay of Petitioner's transfer entered at ECF No. 2, and all remaining deadlines set forth in the July 8, 2026 Text Order, are moot. Petitioner respectfully requests that the Clerk close this matter.

Dated: July 10, 2026

Respectfully submitted,

/s/ Carolina T. Curbelo

Carolina T. Curbelo, Esq.
Attorney for Petitioner

So Ordered this _____ 14th day of July, 2026.

_____
Robert Kirsch, U.S.D.J.

3